CAULDWELL-WINGATE COMPANY and Others, Appellants, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21953.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ARLENE STEPP, an Infant, by WILLIAM S. STEPP, Her Guardian ad Litem, Respondent, v. TYNE-WILLEY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ELECTRIC BOND AND SHARE COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23648.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 249 App. Div. 371.] In accordance with section 588, subdivision 5, of the Civil Practice Act, the court hereby certifies that, in its opinion, a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GLEN NATIONAL BANK, Respondent, v. THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant. Fourteen other actions each brought by the same plaintiff against fourteen different fire insurance companies.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of LINDEN FARMS MILK & CREAM Co., INC., Petitioner, for a Certiorari Order against PETER G. TEN EYCK, Commissioner of Agriculture and Markets of the State of New York, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

## (March 19, 1937.)

In the Matter of THOMAS J. P. CAWLEY, an Attorney.— Application of Thomas J. P. Cawley to be reinstated as an attorney and counselor at law granted. [See 249 App. Div. 697.] Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND DAFOE, Appellant.— Motion to dismiss appeal denied, on the ground that the appeal is timely. (Code Crim. Proc. § 517.) Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents, and votes to dismiss the appeal, on the ground that there is no appeal from a sentence provided by law, and the judgment of conviction was entered more than a year before the notice of appeal was served. (Code Crim. Proc. § 517.)

FRANCIS RITTER, Plaintiff, v. CHARLES C. HEMENWAY and Another, Defendants.— Motion for stay granted, with ten dollars costs, upon the ground that the service upon the defendant Hemenway, in the action brought against him by Ritter, appears to be good. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents.